No. 130.—Succession of F. G. BARTLETT, Opposition of H. K. CARTER to Provisional Account.

The Parish Court is without jurisdiction *ratione materia* in a suit for a moneyed demand for or against a succession where the amount in dispute is above five hundred dollars. Swan *v.* Gale, (ante page 478).

APPEAL from the Parish Court of the parish of Natchitoches. *Hiestand*, Parish Judge. *Jack & Pierson*, for administratrix, appellant. *Pierson & Levy*, for plaintiff and appellee.

HOWE, J. The administrator having filed a provisional account in this succession, H. K. Carter filed an opposition on the grounds that he was a creditor of the succession in the sum of $8008 20 upon certain mortgage notes, and that the account does not recognize him as a creditor at all. He also claimed that the sum allowed as a fee to the attorney of absent heirs ought to be reduced. He prayed that the debt claimed by him might be recognized as due by the succession, and his mortgage recognized.

There was judgment rejecting, dismissing and disallowing his de-

mand, and by consent reducing the fee of the attorney of absent heirs, and the opponent appealed.

We felt constrained to decide lately at the Monroe term in the case of Swan *v.* Gayle that the parish courts have no jurisdiction of suits by or against a succession where the amount in dispute exceeds five hundred dollars (Constitution, article 87), and we must think that an opposition, like the one in this case, where the *claim* of the opponent is denied *in toto* is to all intents and purposes a suit. If the debt had been admitted to be due, and the question had been as to its rank or privilege, the parish court would have had jurisdiction under its power to settle successions. But the debt being denied, we think the opponent should have instituted an action in the District Court.

It is therefore ordered that the judgment appealed from be annulled and avoided, and that the opposition of H. K. Carter be dismissed, without prejudice, and that he pay the costs of both courts.

### On Application for Rehearing.

There is nothing in our judgment to prevent the opponent Carter from filing an opposition as such in the parish court by way of notice, and bringing his action in the District Court to establish his claim.

Rehearing refused.